UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>RUCHELL GILBERT,<br>　　　　Defendant. | NO.  CR12-237-RSM<br>　　　　CR23-170-RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENT UNDER SEAL |

THE COURT, having reviewed the sealed Unofficial Death Abstract of Christopher Riggs GRANTS defendant's Motion to File Document Under Seal.

DATED this 10th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO FILE
DOCUMENT UNDER SEAL
Page - 1