UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RUCHELL GILBERT,<br><br>  Defendant. | Case No. CR23-170RSM<br>           CR12-237RSM<br><br>ORDER ON EMERGENCY MOTION<br>FOR TEMPORARY RELEASE |

The Court has reviewed Defendant's Emergency Motion for Temporary Release filed in this matter [Dkt #24], the Government's response [Dkt #27], and the records and files herein.

Defendant's motion is DENIED.

DATED this 11th day of June, 2022.

_[signature]_
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1