JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-170-RSM |
| | ) | CR12-237-RSM |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING DEFENDANT'S |
| v. | ) | MOTION TO SEAL EXHIBIT B TO |
| | ) | DEFENDANT'S SENTENCING |
| RUCHELL GILBERT, | ) | MEMORANDUM |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having read the defendant's Motion to Seal Exhibit B to Defendant's Sentencing Memorandum and finding that it contains highly personal psychological information, Exhibit B shall remain sealed and not be made available to the public pursuant to CrR 49.1(d).

DATED this 5th day of December, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

____s/ Peter Geisness_____
Peter Geisness
Counsel for Ruchell Gilbert

ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBIT
B TO DEFENDANT'S SENTENCING MEMORANDUM - 1
(*U.S. v. Ruchell Gilbert*, CR23-170-RSM)
(*U.S. v. Ruchell Gilbert*, CR12-237-RSM)

**Geisness Law Firm**
**506 Second Avenue, Ste. 1400**
**Seattle, WA 98104**
**(206) 455 - 4689**